EXHIBIT 2

**IN THE CIRCUIT COURT OF THE NINTH JUDICIAL
CIRCUIT IN AND FOR ORANGE COUNTY, FLORIDA**

**Al CHALASHTORI,**

     Plaintiff,

v.                                 **CASE NO.:**

**NAPLETON ORLANDO IMPORTS, LLC,**
a foreign limited liability company
     doing business in Florida,

     Defendant.

_____/

## VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Al CHALASHTORI ("Plaintiff" or "CHALASHTORI"), by and through his undersigned counsel, sues Defendant, NAPLETON ORLANDO IMPORTS, LLC d/b/a Napleton Volkswagen of Orlando ("Defendant" or "NAPLETON"), and alleges as follows:

### JURISDICTION

1. This is an action for age discrimination, brought pursuant to the Florida Civil Rights Act of 1992 ("FCRA"),

§§760.01-760.11, Florida Statutes, seeking damages in excess of $50,000, exclusive of interest, attorney's fees and costs.

## VENUE

2.     The acts and omissions that give rise to this action occurred in Orlando, Orange County, Florida. Such is where the Plaintiff was employed by Defendant and where Plaintiff resides, respectively, and where the cause of action accrued due to the actions complained of arising within Orange County.

2.     Venue is therefore proper in this Circuit and before this Court, pursuant to §47.011, Florida Statutes.

## PARTIES

3.     Plaintiff CHALASHTORI is an adult male individual over the age of 40, currently residing in Orlando, Orange County, Florida.

4.     At all times material hereto, Plaintiff was employed by Defendant as Executive Manager/Managing Partner and General Manager of Napleton Orlando Imports, LLC ("VW Orlando" or the "Company").

5.     At all times material hereto, CHALASHTORI was a "person" within the meaning of §760.02(6) of the FCRA.

2

6.    Upon information and belief, Defendant NAPLETON is a foreign limited liability company, with its headquarters in Oakbrook Terrace, Illinois, but authorized and registered to do business in Florida, including at 12700 E. Colonial Dr., Orlando, Florida, within the jurisdiction of this court.

7.    NAPLETON also maintains a Registered Agent in the State of Florida, as required.

8.    At the time of the acts complained of herein, NAPLETON employed in excess of fifteen (15) or more employees for each working day in each of twenty (20) or more calendar weeks in the year the unlawful employment practices took place or the preceding calendar year.

9.    Accordingly, at all times material hereto, NAPLETON was an "employer" as defined by §760.02(7) of the FCRA.

10.    At all times material hereto, NAPLETON was the employer of Plaintiff CHALASHTORI.

**COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

11.    On or about June 17, 2014, Plaintiff CHALASHTORI timely filed a Charge of Discrimination (the "Charge") with the Equal Employment Opportunity Commission ("EEOC"), which

3

was dually filed with the FCHR pursuant to the "Workshare Agreement" between the two agencies, alleging discrimination based on Plaintiff's age. A copy of the Charge is attached hereto as **Exhibit "A."**

12.   The FCHR failed to reach a determination as to the merits of CHALASHTORI's Charge within one hundred eighty (180) days since the date of filing the Charge, with his Charge thereby statutorily cloaked with a presumptive finding of "cause," pursuant to §760.11(8) of the FCHR, thereby authorizing CHALASHTORI to proceed with the instant suit, pursuant to §760.11(4) (a), Florida Statutes.

13.   The EEOC closed its file on June 9, 2025, more than 180 days after the Charge was filed, as seen on the Notice attached hereto as **Exhibit "B."**

14.   Accordingly, Plaintiff CHALASHTORI has satisfied any and all administrative prerequisites and all conditions precedent prior to the filing of this action, pursuant to the FCRA, and this Complaint is timely filed pursuant to the FCRA.

## **GENERAL ALLEGATIONS**

15.   CHALASHTORI is an adult male individual who is, as of the date of filing this Complaint, is 64 years of age.

16.   Plaintiff CHALASHTORI was hired by Edward Napleton, Jr. on behalf of NAPLETON on or about August 10, 2015, at the age of 54.

17.   CHALASHTORI came to NAPLETON with more than 35 years of experience in the automobile industry.

18.   CHALASHTORI's performance at Defendant NAPLETON was never in question. Throughout his career with NAPLETON, CHALASHTORI received positive performance evaluations, and he was never the subject of any discipline.

19.   In fact, as to his quantitative performance, when he was abruptly terminated on August 21, 2023, CHALASHTORI was at 150% of his established goal for NAPLETON.\[1]

---

[1] As further verification of NAPLETON's respect for CHALSHTORI's skills, talents and abilities, CHALASHTORI also holds a membership interest in both NAPLETON (VW Orlando) and another Napleton Automotive Group affiliated dealership, namely, Napleton Sanford Imports, LLC. CHALASHTORI has retained separate counsel in Chicago who addressed the matter through arbitration related to the valuation and buy-out of his membership interest in those companies, as well as related

5

20.    On the day of his termination, NAPLETON Company Manager and Member, Edward ("Eddie") Napleton, sent corporate attorney, Daniel Myerson, Esq. ("Myerson) to terminate CHALASHTORI's employment with NAPLETON.

21.    Myerson initially gave CHALASHTORI a form with the reason for termination proffered to be "performance," despite providing no performance related reason(s). As a result, CHALASHTORI refused to sign the form.

22.    When CHALASHTORI pressed further for the basis of termination, however, Myerson informed CHALASHTORI, or said words to the effect, **"it's time for a new generation"** and **"a younger team."**

23.    CHALASHTORI was age 62 when terminated, while Myerson was approximately 40 years old or younger at the time, and Eddie Napleton was in his 40's as well

---

contractual and tort-based claims. The foregoing resulted in a recent award in CHALASHTORI's favor. The instant matter, however, is solely addressing CHALASHTORI's claim related to unlawful termination based on his age from NAPLETON (VW Orlando), which was excluded from arbitration by agreement of the parties.

24. CHALASHTORI'S role at NAPLETON was subsequently filled by an individual believed to be in his 30s, with less experience and qualifications than possessed by CHALASHTORI.

25. Accordingly, CHALASHTORI was subjected to disparate treatment on the basis of his age.

26. Plaintiff's age was the real and sole reason that he was terminated by NAPLETON.

## CONDUCT COMPLAINED OF:

## VIOLATION OF THE FCRA BASED ON AGE DISCRIMINATION

27. This is an action for unlawful age discrimination brought pursuant to §§760.01 – 760.11, Florida Statutes, the Florida Civil Rights Act ("FCRA").

28. Plaintiff CHALASHTORI realleges and incorporates paragraphs 1 through 26 of this Verified Complaint as if set forth in fully herein.

29. The actions of NAPLETON described herein including, but not limited to, those set forth in paragraphs 18 -

26, constitute discrimination against Plaintiff based upon his age.

30. Specifically, by discriminating in such fashion against CHALASHTORI as set forth herein, NAPLETON violated §760.10(1)(a), Florida Statutes, which makes it unlawful "to discharge or to fail or refuse to hire any individual, or otherwise to discriminate against any individual with respect to compensation, terms, conditions, or privileges of employment, because of such individual's...**age**....". (Emphasis added).

31. The initially proffered performance reason to allegedly support CHALASHTORI's termination was merely a pretext for age discrimination, as confirmed by Myerson's comments that followed, as set forth in paragraph 22 herein.

32. No legitimate business reasons existed under Defendant NAPLETON's policies, past practices, procedures and/or supervisory instructions to justify the termination of CHALASHTORI in favor of the younger, less experienced, and less tenured employee, as set forth in paragraph 24 herein.

33. NAPLETON's agents, managers, officers and/or directors actively and knowingly participated in the

8

discriminatory personnel action against CHALASHTORI because of his age, in violation of his civil rights under the FCRA.

34.   NAPLETON's agents, managers, officers and/or directors, most notably Myerson and Eddie Napleton, possessed constructive and/or actual knowledge of the wrongfulness of their conduct and the high probability that injury or damage to CHALASHTORI would result and/or acted with such reckless disregard or absence of reasonable care to constitute a conscious disregard or indifference to the rights of CHALASHTORI, and/or acted with such gross negligence that they contributed to CHALASHTORI's damages, injuries and losses.

35.   As a direct and proximate result of the discrimination complained of herein, Plaintiff CHALASHTORI has suffered and continues to suffer financial damage and loss, including lost wages and benefits by being terminated.

36.   Plaintiff CHALASHTORI has also incurred damage and loss to his career path and future earnings, further career

opportunities, in addition to other economic and non-economic losses.

37. As a direct and proximate result of the discrimination complained of in this action, CHALASHTORI has also suffered mental anguish, stress, humiliation, and emotional distress.

38. The conduct of NAPLETON as complained of herein was intentional, malicious, wanton and in willful disregard of the civil rights of CHALASHTORI.

39. CHALASHTORI has retained the undersigned counsel and is obligated to pay for said services.

40. Furthermore, if Plaintiff CHALASHTORI prevails in this matter, he is entitled to recover his reasonable attorney's fees and costs of this action from the Defendant, pursuant to §760.11(5), Florida Statutes.

**WHEREFORE**, Plaintiff CHALASHTORI demands judgment against Defendant NAPLETON as follows:

(a). Full and complete back pay and benefits, including all sums of money Plaintiff would have earned from August 21, 2023 (as if he had not been terminated)

to the present, less interim earnings, through the date of trial in this matter;

(b). Pre-judgment interest on any sum awarded under (a);

(c). Compensatory damages for emotional anguish, pain and suffering;

(d). Reinstatement to his former position, or front pay in lieu of reinstatement;

(e). Punitive damages, if deemed warranted;

(f). His reasonable attorney's fee and costs pursuant to §760.11, Florida Statutes, if CHALASHTORI prevails in this matter; and

(g). Such other relief as this Court deems just and equitable.

## **RESERVATION OF RIGHTS**

41. Plaintiff CHALASHTORI reserves the right to amend this Complaint to seek punitive damages against Defendant NAPLETON in accordance with the requirements of §768.72, Florida Statutes.

11

## <u>DEMAND FOR JURY TRIAL</u>

42.    Plaintiff CHALASHTORI hereby respectfully demands trial by jury on all issues triable of right before a jury, as permitted.

DATED this <u>12th</u> day of December, 2025.

Respectfully submitted,

<u>s/ Gary D. Wilson</u>
Gary D. Wilson, Esq.
Florida Bar No. 0846406
WILSON MCCOY, P.A.
932 N. Maitland Ave.
Maitland, FL 32751
Telephone: (407) 803-5400
Facsimile:  (407) 803-4617
E-mail:
gwilson@wilsonmccoylaw.com
Secondary:
rlopez@wilsonmccoylaw.com

**Attorneys for Plaintiff,
Al  Chalashtori**

## **VERIFICATION**

Personally appeared before the undersigned, AL CHALASHTORI, who being first duly sworn, deposes and says that the allegations of this Verified Complaint, consisting of paragraphs 1 through 42, inclusive, are true and correct to the best of his knowledge, information and belief.

AL  CHALASHTORI

STATE OF FLORIDA          )
COUNTY OF _____)

The foregoing instrument was acknowledged before me this _____ day of _____, 2025, by Al Chalashtori, who is personally known to me or who has produced _____ as identification, and who did take an oath.

SEAL

See Attachment.
Notary Public – State of Florida at Large

My Commission Expires:_____

13

# Acknowledgement by Individual



---

State of Florida

County of **Orange**

---

The foregoing instrument was acknowledged before me this **12th** _____ day of

**December** _____, 20 **25** , by means of ☒ physical presence or ☐ online notarization

**Al Chalashtori** _____ (name of person acknowledging).

☐ Personally known to me
☒ Produced Identification

    Type of Identification Produced **FL Driver License**

Notary Signature

Notary name (typed or printed) **Juan Andres Yanez Molina**

Title (e.g., Notary Public) **Notary Public**

Place Seal Here

JUAN ANDRES YANEZ MOLINA
Notary Public - State of Florida
Commission # HH 296296
My Comm. Expires Aug 1, 2026

---

## For Bank Purposes Only Description of Attached Document

Type or Title of Document

**Verified Complaint and Demand for Jury Trial**

| Document Date | Number of Pages |
|---|---|
| **12/12/2025** | **13** |

Signer(s) Other Than Named Above
**N/A**

Account Number (if applicable)
**N/A**

© 2025 Wells Fargo Bank, N.A. All rights reserved.
DSG5350FL/595501 (Rev 08 - 06/25)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 510-2024-08459 |

| Florida Commission on Human Relations | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Al Chalashtori | (407) 383-3176 | 6-04-1961 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 11899 Gennaro Ln. | Orlando, FL 32827 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Napleton Orlando Imports, LLC d/b/a Napleton Volkswagen of Orlando (& Sanford) | 15+ | (855) 843-6461 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 12700 E. Colonial Dr. | Orlando, FL 32826 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Aug 21, 2023    Latest: Aug 21, 2023

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. **Personal Harm:** On August 21, 2023, I was abruptly terminated from my position as Executive Manager/Managing Partner and General Manager of Napleton Orlando Imports, LLC d/b/a Napleton Volkswagen of Orlando & Sanford ("Napleton" or "the Company"). I had been continuously employed by Napleton since August 10, 2015.

II. **Respondent's Reason for Adverse Action:** With no prior warning, the Company sent its in house attorney Daniel Myerson (of Napleton Automotive Group) to terminate my employment and ownership interest in the Orlando dealership. On the day in question, August 21, 2023, Mr. Myerson initially gave no reason for my abrupt termination. When I pressed further for the basis of termination, however, Mr. Myerson stated, or said words to the effect, "it's time for a new generation" and "a new age."

III. **Discrimination Statement:** I believe that I was the subject of discrimination on the basis of my age, based upon the following reasons: (1) my performance as Executive Manager/Managing Partner and General Manager was never in question, nor was I ever the subject of any discipline. In fact, as to my quantitative performance, when I was abruptly terminated, I was achieving 150% of my established goal; (2) Mr. Myerson made the age-based comment that, or said words to the effect, "It's time for a new generation" and "a younger team"; (3) On the date of my termination I was age 62, while Mr. Myerson was believed to be just under the age of 40 at that time; and (4) I was replaced at the Orlando dealership with a younger individual, Alen Mukic. Although I am unsure of his exact age, he posted on his LinkedIn account that he was recently on a "40 under 40" list.

Accordingly, I believe that I have been subjected to discrimination based upon my age, in violation of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §§621, et. seq., as amended by the Civil Rights Act of 1991, 42 U.S.C. §1981a; as well as the Florida Civil Rights Act of 1992, ("FCRA"), §§ 760.01-760.11, Florida Statutes. I hereby request all legal and equitable relief to which I am entitled, including recovery of all my attorney's fees and costs.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 06 / 17 / 2024     _Charging Party Signature_     Date | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

Doc ID: 03b1d185138df74c695d62fc4d6159efe6b87f9d

**✖ Dropbox** Sign

Audit trail

| | |
|---|---|
| Title | Hello |
| File name | 1718654313-Chalas..._COD.unsigned.pdf |
| Document ID | 03b1d185138df74c695d62fc4d6159efe6b87f9d |
| Audit trail date format | MM / DD / YYYY |
| Status | Signed |

This document was requested on wilsonmccoylaw.cliogrow.com and signed on wilsonmccoylaw.cliogrow.com

## Document History

| | | |
|---|---|---|
| ⟳ SENT | 06 / 17 / 2024 19:59:16 UTC | Sent for signature to Al Chalashtori (alchalashtori@gmail.com) from cmatulewicz@wilsonmccoylaw.com IP: 72.188.176.12 |
| ◎ VIEWED | 06 / 17 / 2024 20:17:20 UTC | Viewed by Al Chalashtori (alchalashtori@gmail.com) IP: 109.107.208.126 |
| ⟋ SIGNED | 06 / 17 / 2024 20:18:05 UTC | Signed by Al Chalashtori (alchalashtori@gmail.com) IP: 109.107.208.126 |
| ⟨ COMPLETED | 06 / 17 / 2024 20:18:05 UTC | The document has been completed. |

Powered by ✖ Dropbox Sign

 **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Miami District Office**
100 SE 2nd St, Suite 1500
Miami, FL 33131
(800) 669-4000
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 06/09/2025

**To:** Al Chalashtori
11899 Genaro Lane
Orlando, FL 32827
Charge No: 510-2024-08459

EEOC Representative and email:    GEORGE RUGGIANO
Investigator
George.Ruggiano@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 510-2024-08459.

On behalf of the Commission,

Digitally Signed By:Evangeline Hawthorne
06/09/2025
Evangeline Hawthorne
Director

**Cc:**
Jill Brotherton
Napleton Orlando Imports, LLC
12700 E Colonial Dr
Orlando, FL 32826

NA NA
12700 E Colonial Dr
Orlando, FL 32826

Timothy D Elliot Esq.
Rathje Woodward, LLC
300 E. Roosevelt Road. SUite 220
Wheaton, IL 60187

Charles S Caulkins
Fisher & Phillips LLP
201 E LAS OLAS BLVD STE 1700
Fort Lauderdale, FL 33301

Gary Wilson Esq.
Wilson McCoy P.A
932 N. Maitland Ave.
Maitland, FL 32751


Please retain this notice for your records.

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method).  You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 510-2024-08459 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Evangeline Hawthorne, 100 SE 2nd St Suite 1500, Miami, FL 33131.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 510-2024-08459 to the District Director at Evangeline Hawthorne, 100 SE 2nd St Suite 1500, Miami, FL 33131.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.